# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN D. EDWARDS,<br><br>                         Petitioner,<br>vs.<br>LARRY SMALL, Warden,<br><br>                         Respondent. | CASE NO. 10cv0918 JM(JMA)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having carefully considered Magistrate Judge Adler's thorough and thoughtful Report and Recommendation ("R & R") regarding the dismissal of the petition for writ of habeas corpus as time-barred, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is dismissed as time-barred. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: March 16, 2011

                                            Hon. Jeffrey T. Miller<br>
                                            United States District Judge

cc:       All parties