# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Brian D Edwards

               V.               **JUDGMENT IN A CIVIL CASE**

Larry Small, Jerry Brown, Matthew Cate

                                      CASE NUMBER:    10cv918-JM(JMA)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the petition for writ of habeas corpus is dismissed as time-barred. The Clerk of Court is instructed to close the file..................................................
........................................................................................................................................................................

| March 17, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON March 17, 2011 |